UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | ) ) ) ) |
|  | MDL Docket No. 1869 Miscellaneous No. 07-0489 (PLF) |
| This document relates to: | ) ) |
| ALL DIRECT PURCHASER CASES | ) |
| OXBOW CARBON & MINERALS LLC, et al., | ) ) |
| Plaintiffs, | ) ) |
| v. | Civil Action No. 11-1049 (PLF) |
| UNION PACIFIC RAILROAD CO., et al., | ) ) |
| Defendants. | ) ) |

ORDER

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that Defendants' Motion to Exclude Interline-Related

Communications from Consideration for Class Certification or Any Other Purpose Prohibited by

49 U.S.C. § 10706 [Dkt. No. 417] and Defendants' Motion and Memorandum of Law Regarding

the Interpretation and Application of 49 U.S.C. § 10706 [Dkt. No. 927] are DENIED.

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  February 19, 2021